1  BRIAN JOHNSRUD, State Bar No. 184474
   JENNIFER A. LOCKHART, State Bar No. 236972
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA  94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: bjohnsrud@morganlewis.com

6  Attorneys for Defendants
   BENETO BULK TRANSPORT and KENAN
7  ADVANTAGE GROUP, INC.

8

   ANTONIO M. LAWSON, State Bar No. 140823
9  LAWSON LAW OFFICES
   160 Franklin Street, No. 204
10 Oakland, CA  94607
   Tel: 510.419.0940
11 Fax: 510.419.0948
   E-mail: tony@lawsonlawoffices.com
12
   Attorneys for Plaintiffs
13 RON MOWDY and JOAQUAN HARVEY

14

UNITED STATES DISTRICT COURT

15

NORTHERN DISTRICT OF CALIFORNIA

16

SAN FRANCISCO DIVISION

17

| 18 | RON MOWDY, JOAQUAN HARVEY, individually named and on behalf of all others similarly situated, | Case No. C06-05682 MHP |
|---|---|---|
| 19 | | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING AND TO CONTINUE CERTAIN PRELIMINARY LITIGATION DEADLINES** |
| 20 | Plaintiffs, | |
| 21 | vs. | |
| 22 | BENETO BULK TRANSPORT, KENAN ADVANTAGE GROUP, INC., | |
| 23 | | **CLASS ACTION** |
| 24 | Defendants. | Complaint Filed:   September 15, 1006 |

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3621923.1                                                    Case No. C06-05682 MHP

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE A
RESPONSIVE PLEADING AND TO CONTINUE CERTAIN PRELIMINARY LITIGATION DEADLINES

Plaintiffs Ron Mowdy and Joaquan Harvey ("Plaintiffs") and Defendants Beneto Bulk Transport and Kenan Advantage Group, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Extend Defendants' Deadline to File A Responsive Pleading and to Continue Certain Preliminary Litigation Deadlines:

WHEREAS, Plaintiffs' Complaint was filed on September 15, 2006;

WHEREAS, Plaintiffs' counsel and in-house counsel for Defendant Kenan Advantage Group, Inc. engaged in certain preliminary case discussions before Plaintiff attempted to serve the Complaint;

WHEREAS, Defendants' counsel, Morgan, Lewis & Bockius LLP, became engaged in this litigation in late December 2006;

WHEREAS, through an agreement with Plaintiffs' counsel, Defendants' counsel accepted service of Plaintiffs' Complaint effective January 2, 2007;

WHEREAS, the Initial Case Management Conference was originally scheduled for January 29, 2007;

WHEREAS, the Parties have met and conferred and agreed to extend Defendants' deadline to file a responsive pleading to February 21, 2007;

WHEREAS, neither party will be prejudiced as a result of extending Defendants' deadline to file a responsive pleading;

WHEREAS, the parties have met and conferred and agreed to continue the Initial Case Management Conference to March 5, 2007, at 4:00 p.m., which the Parties are told by the Court's clerk is an available date;

WHEREAS, neither party will be prejudiced as a result of continuing the Initial Case Management Conference to March 5, 2007;

WHEREAS; the parties' stipulation to extend Defendants' deadline to file a responsive pleading and to continue the hearing date for the Initial Case Management Conference does not alter any other date of any event or any deadline already fixed by Court order, except for the dates that correspond with the Initial Case Management Conference (including meeting and conferring

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3621923.1                    1                    Case No. C06-05682 MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE A RESPONSIVE PLEADING AND TO CONTINUE CERTAIN PRELIMINARY LITIGATION DEADLINES

1  on ADR, serving initial disclosures, and preparing and filing the Joint Case Management
2  Conference Statement);
3      GOOD CAUSE exists to extend Defendants' deadline to file a responsive pleading until
4  February 21, 2007, and to continue the Initial Case Management Conference until March 5, 2007,
5  at 4:00 p.m.;
6      IT IS HEREBY STIPULATED between Plaintiffs and Defendants that Defendants'
7  deadline to file a responsive pleading be extended until February 21, 2007, that the Initial Case
8  Management Conference be continued to March 5, 2007, at 4:00 p.m., and that all dates that
9  correspond with the date of the Initial Case Management Conference are similarly continued.

Dated: January 4, 2007                    LAWSON LAW OFFICES

                                          By: _____
                                              Antonio M. Lawson

                                          Attorneys for Plaintiffs
                                          RON MOWDY and JOAQUAN HARVEY

Dated: January 5, 2007                    MORGAN, LEWIS & BOCKIUS LLP

                                          By: _____
                                              Brian L. Johnsrud

                                          Attorneys for Defendants
                                          BENETO BULK TRANSPORT and
                                          KENAN ADVANTAGE GROUP, INC.

## ORDER

IT IS ORDERED that Defendants' deadline to file a responsive pleading be extended until February 21, 2007, and the Case Management Conference in this matter be continued from January 29, 2007, to March 5, 2007, at 4:00 p.m., and that all case management dates that correspond with the date of the Initial Case Management Conference are similarly continued.

Dated: 1/8/07                             _____
                                          Honorable Marilyn H. Patel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3621923.1                            2                    Case No. C06-05682 MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENDANTS' DEADLINE TO FILE A
RESPONSIVE PLEADING AND TO CONTINUE CERTAIN PRELIMINARY LITIGATION DEADLINES