1  BRIAN JOHNSRUD, State Bar No. 184474
   JENNIFER A. LOCKHART, State Bar No. 236972
2  MORGAN, LEWIS & BOCKIUS LLP
   2 Palo Alto Square
3  3000 El Camino Real, Suite 700
   Palo Alto, CA 94306-2122
4  Tel: 650.843.4000
   Fax: 650.843.4001
5  E-mail: bjohnsrud@morganlewis.com

6  MICHAEL A. CURLEY
   (New York State Bar No 2286367 – *pro hac vice*)
7  MORGAN, LEWIS & BOCKIUS LLP
   101 Park Avenue
8  New York, NY 10178-0060
   Phone: 212.309.6000
9  Fax: 212.309.6001
   E-mail: mcurley@morganlewis.com
10
   Attorneys for Defendants
11 BENETO BULK TRANSPORT and KENAN
   ADVANTAGE GROUP, INC.
12

13 ANTONIO M. LAWSON, State Bar No. 140823
   LAWSON LAW OFFICES
14 160 Franklin Street, No. 204
   Oakland, CA 94607
15 Tel: 510.419.0940
   Fax: 510.419.0948
16 E-mail: tony@lawsonlawoffices.com

17 Attorneys for Plaintiffs
   RON MOWDY and JOAQUAN HARVEY
18

FILED

FEB 16 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

19                    UNITED STATES DISTRICT COURT

20          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

21

| | |
|---|---|
| RON MOWDY, JOAQUAN HARVEY, individually named and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BENETO BULK TRANSPORT, KENAN ADVANTAGE GROUP, INC.,<br><br>Defendants. | Case No. C06-05682 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**<br><br>Complaint Filed: September 15, 1006 |

MORGAN, LEWIS &
BOCKUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3627822.1                                          Case No. C06-05682 MHP

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

1  Counsel report that they have met and conferred regarding ADR and have reached the following
2  stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:
3  The parties agree to participate in the following ADR process:
4      **Court Processes:**
5      ☐ Non-binding Arbitration (ADR L.R. 4)
6      ☐ Early Neutral Evaluation (ENE) (ADR L.R. 5)
7      ☒ Mediation (ADR L.R. 6)
8  *(Note: Parties who believe that an early settlement conference with a Magistrate Judge is*
9  *appreciably more likely to meet their needs than any other form of ADR, must participate in an*
10 *ADR phone conference and may not file this form. They must instead file a Notice of Need for*
11 *ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*
12     **Private Process:**
13     ☐ Private ADR (please identify process and provider) _____
14
15 The parties agree to hold the ADR session by:
16     the presumptive deadline *(The deadline is 90 days from the date of the order referring the*
17 *case to an ADR process unless otherwise ordered.)*
18     ☒ other requested deadline: <u>In this class action, the parties wish to reserve the right to</u>
19 <u>take meaningful discovery and address class certification issues prior to scheduling mediation.</u>
20 <u>These issues will be addressed at the initial Case Management Conference on March 5, 2007.</u>
21
22 Dated: February 13, 2007      /s/
23      Brian Johnsrud, Attorney for Defendants
     BENETO BULK TRANSPORT and
24      KENAN ADVANTAGE GROUP, INC
25
26 Dated: February 13, 2007      /s/
     Antonio M. Lawson, Attorneys for Plaintiffs
27      RON MOWDY and JOAQUAN HARVEY
28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3627822.1      1      Case No. C06-05682 MHP

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

# [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:

☐ Non-binding Arbitration

☐ Early Neutral Evaluation (ENE)

☑ Mediation

☐ Private ADR

Deadline for ADR session

☐ 90 days from the date of this order.

☑ other _as determined at the Case Management Conference_

**IT IS SO ORDERED.**

Dated: 2/15/06

Honorable Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3627822.1                                    2                    Case No. C06-05682 MHP

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS