BRIAN JOHNSRUD, State Bar No. 184474
JENNIFER A. LOCKHART, State Bar No. 236972
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2122
Tel: 650.843.4000
Fax: 650.843.4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendants
BENETO BULK TRANSPORT and KENAN
ADVANTAGE GROUP, INC.


ANTONIO M. LAWSON, State Bar No. 140823
LAWSON LAW OFFICES
160 Franklin Street, No. 204
Oakland, CA 94607
Tel: 510.419.0940
Fax: 510.419.0948
E-mail: tony@lawsonlawoffices.com

Attorneys for Plaintiffs
RON MOWDY and JOAQUAN HARVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOWDY, JOAQUAN HARVEY, individually named and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BENETO BULK TRANSPORT, KENAN ADVANTAGE GROUP, INC.,<br><br>Defendants. | Case No. C06-05682 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE PARTIES' DEADLINE TO FILE THEIR JOINT CASE MANAGEMENT STATEMENT, JOINT DISCOVERY REPORT AND TO SERVE INITIAL DISCLOSURES**<br><br>**CLASS ACTION**<br><br>Complaint Filed: September 15, 1006 |

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3629285.1

Case No. C06-05682 MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE PARTIES' DEADLINE TO FILE THE JOINT CMC STATEMENT, JOINT DISCOVERY REPORT AND TO SERVE INITIAL DISCLOSURES

Plaintiffs Ron Mowdy and Joaquan Harvey ("Plaintiffs") and Defendants Beneto Bulk Transport and Kenan Advantage Group, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Extend Defendants' Deadline to File A Responsive Pleading and to Continue Certain Preliminary Litigation Deadlines:

WHEREAS, the Initial Case Management Conference is currently scheduled for March 5, 2007;

WHEREAS, the Parties continue to address and discuss a number of case issues and intend to resolve them prior to filing their Joint Case Management Conference Statement, Joint Discovery Report and serving their Initial Disclosures;

WHEREAS, the Parties have met and conferred and agreed to mutually extend the deadline to file their Joint Case Management Conference Statement, Joint Discovery Report and to serve their Initial Disclosures;

WHEREAS, neither party will be prejudiced as a result of extending this mutual deadline by two court days;

WHEREAS; the parties' stipulation to extend their deadline to file their Joint Case Management Conference Statement, Joint Discovery Report and to serve their Initial Disclosures does not alter any other date of any event or any deadline already fixed by Court order, except for the dates that correspond with the Initial Case Management Conference;

GOOD CAUSE exists to extend the Parties' deadline to file their Joint Case Management Conference Statement, Joint Discovery Report and to serve their Initial Disclosures until March 1, 2007,

IT IS HEREBY STIPULATED between Plaintiffs and Defendants that the Parties' deadline to file their Joint Case Management Conference Statement, Joint Discovery Report and to serve their Initial Disclosures be continued to March 1, 2007.

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3629285.1                               1                        Case No. C06-05682 MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE PARTIES' DEADLINE TO FILE THE JOINT CMC STATEMENT, JOINT DISCOVERY REPORT AND TO SERVE INITIAL DISCLOSURES

1  Dated: February ___, 2007                    LAWSON LAW OFFICES

2                                               By:_____
3                                                  Antonio M. Lawson
                                                   Attorneys for Plaintiffs
4                                                  RON MOWDY and JOAQUAN HARVEY

5  Dated: February 23, 2007                     MORGAN, LEWIS & BOCKIUS LLP

6                                               By: /s/ Brian Johnsrud
7                                                   Brian L. Johnsrud
                                                    Attorneys for Defendants
8                                                   BENETO BULK TRANSPORT and
                                                    KENAN ADVANTAGE GROUP, INC.
9

10                                           **ORDER**

11       IT IS ORDERED that that the Parties' deadline to file their Joint Case Management

12  Conference Statement, Joint Discovery Report and to serve their Initial Disclosures be continued

13  to March 1, 2007.

14

15  2/27/2007                                   _____
                                                 H. Patel
16                                               IT IS SO ORDERED
                                                 /s/ M. Patel
17                                               Judge Marilyn H. Patel

---

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3629285.1                                  2                    Case No. C06-05682 MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE PARTIES' DEADLINE TO FILE THE JOINT
CMC STATEMENT, JOINT DISCOVERY REPORT AND TO SERVE INITIAL DISCLOSURES

| | | |
|---|---|---|
| 1 | Dated: February 22, 2007 | LAWSON LAW OFFICES |
| 2 | | By: /s/ Antonio M. Lawson |
| 3 | | Antonio M. Lawson |
| 4 | | Attorneys for Plaintiffs<br>RON MOWDY and JOAQUAN HARVEY |
| 5 | Dated: February ___, 2007 | MORGAN, LEWIS & BOCKIUS LLP |
| 6 | | |
| 7 | | By:_____<br>Brian L. Johnsrud |
| 8 | | Attorneys for Defendants<br>BENETO BULK TRANSPORT and<br>KENAN ADVANTAGE GROUP, INC. |

## ORDER

IT IS ORDERED that that the Parties' deadline to file their Joint Case Management Conference Statement, Joint Discovery Report and to serve their Initial Disclosures be continued to March 1, 2007.

_____
Honorable Marilyn H. Patel

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3629285.1                         2                    Case No. C06-05682 MHP
STIPULATION AND [PROPOSED] ORDER TO EXTEND THE PARTIES' DEADLINE TO FILE THE JOINT
CMC STATEMENT, JOINT DISCOVERY REPORT AND TO SERVE INITIAL DISCLOSURES