MICHAEL J. LAWSON, State Bar No. 66547
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Telephone: (415) 442-000
Facsimile: (415) 442-1001

BRIAN L. JOHNSRUD, State Bar No. 184474
MORGAN, LEWIS & BOCKIUS, LLP
2 Palo Alto Square
3000 El Camino Real, Ste. 700
Palo Alto, Ca 94306
Telephone: (650) 843-7555
Facsimile: (650) 843-4001
E-mail: bjohnsrud@morganlewis.com

Attorneys for Defendants
KAG WEST, LLC, formerly BENETO BULK
TRANSPORT LLC, and KENAN ADVANTAGE
GROUP, INC.

ANTONIO M. LAWSON, State Bar No. 140823
LAWSON LAW OFFICES
160 Franklin Street, No. 204
Oakland, CA 94607
Tel: 510.419.0940
Fax: 510.419.0948
E-mail: tony@lawsonlawoffices.com

Attorneys for Plaintiffs
RON MOWDY and JOAQUAN HARVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOWDY, JOAQUAN HARVEY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>KAG WEST, LLC formerly BENETO BULK TRANSPORT, INC., and KENAN ADVANTAGE GROUP, INC.,<br><br>Defendants. | Case No. 3:06-CV-05682 MHP<br><br>**STIPULATED AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |

1-PA/3661719.1

STIP. AND [PROPOSED] ORDER TO CONT.
CASE MGT. CONF. (CASE NO. 3:06-CV-
05682 (3:06-CV-05682 MHP)

     Plaintiffs Ron Mowdy and Joaquan Harvey ("Plaintiffs") and Defendants KAG West, LLC (formerly known as Beneto Bulk Transport, Inc.) and Kenan Advantage Group, Inc. ("Defendants") (collectively, the "Parties"), by and through their respective counsel of record, file this Stipulation and Proposed Order to Continue the Case Management Conference:

     WHEREAS, at the initial Case Management Conference on March 5, 2007, the Court set a further Case Management Conference for August 13, 2007, at 3:00 p.m.;

     WHEREAS, on August 1, 2007, the Court continued the further Case Management Conference to August 28, 2007, at 10:00 a.m.;

     WHEREAS, Defendants' and Plaintiffs' counsel are unavailable on August 28, 2007;

     WHEREAS, the Court's next available date for a Case Management Conference is September 24, 2007, at 4:00 p.m.;

     WHEREAS, Plaintiffs' counsel and Defendants' counsel could have met and conferred and stipulate to the continuance of the Case Management Conference to September 24, 2007, at 4:00 p.m., with an updated Statement to be filed no later than September 17, 2007;

     IT IS HEREBY STIPULATED between Plaintiffs and Defendants that the Parties' Case Management Conference be continued to September 24, 2007, at 4:00 p.m.

Dated: August 27, 2007

LAWSON LAW OFFICES

By: /S/
Antonio M. Lawson

Attorneys for Plaintiffs
RON MOWDY and JOAQUAN HARVEY

Dated: August 27, 2007

MORGAN, LEWIS & BOCKIUS LLP

By: /S/
Brian L. Johnsrud

Attorneys for Defendants
KAG WEST, LLC, formerly BENETO BULK TRANSPORT LLC, and KENAN ADVANTAGE GROUP, INC.

**ORDER**

Based upon the Stipulation of the parties, it is ordered that the Case Management Conference scheduled for August 28, 2007, at 10:00 a.m., in Courtroom 15 is continued to September 24, 2007, at 4:00 p.m., in Courtroom 15 in accordance with the above Stipulation.

IT IS SO ORDERED.

8/28/2007



Judge Marilyn H. Patel