1  ANTONIO M. LAWSON [State Bar # 140823]
   LAWSON LAW OFFICES
2  160 Franklin Street, No. 204
   Oakland, CA 94607
3  (510) 419-0940
   (510) 419-0948 *(fax)*
4
   SHEILA Y. THOMAS [State Bar # 161403]
5  5260 Proctor Ave.
   Oakland, CA 94618
6  (510) 339-3739
   (510) 339-3723 *(fax)*
7
   KENDRA L. TANACEA [State Bar #154843]
8  1387 Waller Street
   San Francisco, CA 94117
9  (415) 753-8844
   (415) 753-8849*(fax)*
10
   AJ KUTCHINS [State Bar # 102322]
11 PO Box 5138
   Berkeley, CA 94705
12 (510) 841-5635
   (510) 841-8115 *(fax)*
13
   JACK LEE [State Bar #71626]
14 JESSICA CHRISTENSEN [State Bar 229973]
   MINAMI & TAMAKI
15 680 Post Street, 8th Floor
   San Francisco, CA 94108
16 (415) 788-9000
   (415) 398-3887*(fax)*
17 Attorneys for Plaintiffs
18
19              UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
20              SAN FRANCISCO/OAKLAND DIVISION
21

| | |
|---|---|
| 22  RON MOWDY, JOAQUAN HARVEY, individually and on behalf of all others similarly situated,, | Case No. 3:06-cv-05682 MHP |
| 24  Plaintiffs, | JOINT STIPULATION AND [~~PROPOSED~~] ORDER APPROVING FORM FOR HOFFMAN-LA ROCHE NOTICE |
| 25  v. | |
| 26  BENETO BULK TRANSPORT, KENAN ADVANTAGE GROUP, INC., | |
| 27  Defendants. | |
| 28 | |

- 1 -

STIPULATION AND PROPOSED ORDER RE
HOFFMAN-LA ROCHE NOTICE
CASE NO. 3:06-CV-05682 MHP

IT IS HEREBY STIPULATED AND AGREED by and between plaintiffs Ron Mowdy and Joaquan Harvey ("Plaintiffs"), on the one hand, and defendants Beneto Bulk Transport and Kenan Advantage Group ("Defendants"), on the other, through their respective counsel, as follows:

1. That attached hereto as Exhibit A is the notice ("Notice") to be issued to the class of drivers identified in Honorable Judge Marilyn Hall Patel's March 31, 2008 Memorandum & Order re Plaintiffs' Motion for Approval of Hoffmann-La Roche Notice.

2. The Notice shall be mailed to all potential class members within two weeks of approval of the Notice by this Court.

DATED: April 25, 2008              LAWSON LAW OFFICES

                                   _____
                                   ANTONIO M. LAWSON
                                   Attorney for Plaintiffs

DATED: April 25, 2008              MORGAN LEWIS & BOCKIUS

                                   _____
                                   BRIAN JOHNSRUD
                                   Attorney for Defendants

IT IS SO ORDERED
Judge Marilyn H. Patel
Dated: 4/30/08

STIPULATION AND PROPOSED ORDER RE
HOFFMAN-LA ROCHE NOTICE
- 2 -
CASE NO. 3:06-CV-05682 MHP

IT IS SO ORDERED

DATED:_____

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California

# EXHIBIT A

1
2
3
4
5
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

7
8
9
10
11
12
13

| | |
|---|---|
| RON MOWDY, JOAQUAN HARVEY, individually and on behalf of all others similarly situated,,<br><br>Plaintiffs,<br><br>v.<br><br>BENETO BULK TRANSPORT, KENAN ADVANTAGE GROUP, INC.,<br><br>Defendants. | Case No. 3:06-cv-05682 MHP |

14
15
16
17

## Notice of Lawsuit Against Beneto Bulk Transport d/b/a KAG West LLC and Kenan Advantage Group

## United States District Court For the Northern District of California

18
19
20

*This notice and its contents have been authorized by the United States District Court Honorable Marilyn Hall Patel District Court Judge. The Court has taken no position in the case regarding the merits of the plaintiffs' claims or defendants' defenses.*

21
22

**TO:** Current and former employees of KAG West who have worked as drivers for Beneto Bulk Transport/KAG West LLC and Kenan Advantage Group in California at any time since May 9, 2004, who are not exempt from suing defendants under the FLSA.

23

**DATE:** March 31, 2008

24
25
26

**RE:** Fair Labor Standards Act ("FLSA") lawsuit against Beneto/KAG West and Kenan Advantage Group seeking overtime compensation for hours worked over forty hours in a week

27
28

1. **Introduction**

The purpose of this Notice is to inform you of a collective action and class action lawsuit against KAG West LLC formerly Beneto Bulk Transport and its parent company Kenan Advantage Group. The Court has determined that you may be similarly situated to the Named Plaintiffs. Therefore, the Court has ordered that this notice be sent to you, to explain what the lawsuit is about and how to participate.

2. **Description Of the Lawsuit**

Plaintiffs Ron Mowdy and Joaquan Harvey (the "Named Plaintiffs" or "Plaintiffs") filed this action under the FLSA against Beneto/KAG West on behalf of themselves and all other past and present drivers in California from May 9, 2004 to the present.

Plaintiffs contend that they are owed overtime pay under the Fair Labor Standards Act. Specifically, Plaintiffs allege that Beneto/KAG West maintains a policy and practice of requiring drivers to work more than forty hours a week without paying overtime compensation. Plaintiffs allege that they, and all employees similarly situated, are entitled to recover unpaid overtime pay.

Beneto/KAG West and Kenan Advantage Group deny that Plaintiffs and/or similarly situated employees are entitled to relief.

3. **Your Right to Join This Lawsuit**

If you fit the definition above, you may choose to join this suit (that is, you may "opt in). To opt in, you must mail or fax a "Consent to Join" form to Plaintiffs' counsel. This form is enclosed in this envelope with this notice. Forms should be faxed or mailed to Plaintiffs' counsel at:

MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
415 788-9000 telephone
415 398-3887 facsimile

Forms must be postmarked on or before _____ [90 days from the date of mailing of the Notice and Consent to Join]. Even though you may return an opt-in form, you may not be included in the class if it is later determined that you are exempt from suing defendants under the FLSA or ineligible to join the suit.

4. **The Consequences of Joining This Lawsuit**

If you file a Consent to Join form in accordance with the instructions, you will be bound by the judgment (that is, the final result of the lawsuit), whether favorable or unfavorable (that is, whether the Plaintiffs win their argument that they should be paid money by KAG West and Kenan Advantage Group or not). While this suit is proceeding, you may be required to respond to written questions, sit for a deposition, and/or testify in court--in which case Plaintiffs' counsel will assist you.

Plaintiffs' attorneys will not charge you directly for their work in this case. If there is no recovery, you will not be required to pay the attorneys for any of their work, though you may be responsible for your proportional share of defendants' costs. If there is a recovery, Plaintiffs' attorneys will receive whatever attorneys' fees the Court orders. Those fees may be subtracted from the recovery obtained from KAG West and Kenan Advantage Group, or they may be paid separately by KAG West and Kenan Advantage Group, or they may be a combination of the two.

If you join this lawsuit, you designate the Named Plaintiffs as your agents to make decisions on your behalf concerning the lawsuit. These decisions and agreements made and entered into by the Named Plaintiffs will then be binding on you.

## 5. The Consequences of Not Joining This Lawsuit

If you choose not to join this lawsuit, you will not be affected by any judgment in this lawsuit on this FLSA claim, whether favorable or unfavorable. If you choose not to join in this lawsuit, you are free to file your own lawsuit and to select the attorney of your choice.

## 6. No Retaliation Permitted

Federal law prohibits Beneto/KAG West and Kenan Advantage Group from retaliating against you in any way (for example, terminating you, giving you fewer hours, cutting your pay, etc.) because you have exercised your rights under the FLSA (for example, by joining the lawsuit or by providing evidence in support of the Plaintiffs).

## 7. Your Legal Representation If You Join

If you choose to join this suit, you will be represented by the Named Plaintiffs through their attorneys, as counsel for the class. Counsel for the class include:

Antonio Lawson (SBN 140823)
Kendra Tanacea (SBN 154843)
LAWSON LAW OFFICES
160 Franklin Street, No. 204
Oakland, CA 94607
510 419-0940 telephone
510 419-0948 facsimile

Jack W. Lee (SBN 71626)
MINAMI TAMAKI LLP
360 Post Street, 8th Floor
San Francisco, CA 94108
415 788-9000 telephone
415 398-3887 facsimile

Sheila Y. Thomas (SBN 161403)
LAW OFFICES OF SHEILA THOMAS
5260 Proctor Avenue
Oakland, CA 94618

510 339-3739 telephone
510 339-3723 facsimile

AJ Kutchins (SBN 102322)
P.O. Box 5138
Berkeley, CA 94705
510 841-5635 telephone
510 841-8115 facsimile

**8.**    **Further Information**

If you want further information about this Notice or the lawsuit, or have questions about the procedure or deadline for filing a "Consent to Join," please write Plaintiffs' counsel at any of the addresses above, or call Lawson Law Offices at (877) 419-0940.

**9.**    **Court Authorization**

This notice and its contents have been authorized by the Federal District Court, Honorable Marilyn Patel, United States District Court Judge.

Date:  April _____, 2008                              By:_____

## CONSENT TO JOIN

I understand that this lawsuit is being brought under the federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201 et seq. I consent, agree, and opt-in to become a party plaintiff to this lawsuit.

I agree to be bound by any adjudication or settlement of this action by the Court, whether it is favorable or unfavorable, and agree to designate the class representatives as my agents. I understand that I will be bound by the decision and agreements made by and entered into by said representatives. I hereby designate the law firm of Lawson Law Offices to represent me in this action.

I am a current or former employee of Beneto and/or its successor KAG West.

Dated:_____          Signature:_____

Print Name:_____          Telephone:_____

Address:_____

Email Address:_____

This form must be returned by mail POSTMARKED, or successfully faxed, NO LATER THAN [insert date] to:

> MINAMI TAMAKI LLP
> 360 Post Street, 8th Floor
> San Francisco, CA 94108
> 415 788-9000 telephone
> 415 398-3887 facsimile