| | |
|---|---|
| BRIAN L. JOHNSRUD, State Bar No. 184474<br>PATRICK SHERMAN, State Bar No. 229959<br>CURLEY & MULLEN, LLP<br>530 Lytton Avenue, 2nd Floor<br>Palo Alto, CA 94301<br>Telephone:   650.617.3268<br>Facsimile:    650.617.3269<br>E-mail:  bjohnsrud@curleymullen.com<br>            psherman@curleymullen.com | REBECCA EISEN, State Bar No. 96129<br>MORGAN, LEWIS & BOCKIUS LLP<br>One Market, Spear Street Tower<br>San Francisco, CA  94105<br>Telephone:    415.442.1000<br>Facsimile:     415.442.1001<br>E-mail: reisen@morganlewis.com |

JENNIFER LOCKHART, State Bar No. 236972
KATHRYN DANCISAK, State Bar No. 259392
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Ste. 700
Palo Alto, CA 94306
Telephone:  650.843.4000
Facsimile:   650.843.4001
E-mail: jlockhart@morganlewis.com
         kdancisak@morganlewis.com

Attorneys for Defendants
KAG WEST, LLC, formerly BENETO BULK
TRANSPORT LLC, and THE KENAN
ADVANTAGE GROUP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RON MOWDY, JOAQUAN HARVEY,<br>individually and on behalf of all others<br>similarly situated,<br><br>            Plaintiffs,<br><br>vs.<br><br>BENETO BULK TRANSPORT, KENAN<br>ADVANTAGE GROUP, INC.,<br><br>            Defendants. | Case No.  3:06-CV-05682 MHP<br><br>**REQUEST FOR APPROVAL OF**<br>**SUBSTITUTION OF ATTORNEY AND**<br>**[PROPOSED] ORDER THERETO** |

CURLEY & MULLEN, LLP
COUNSELORS AT LAW
PALO ALTO

REQUEST FOR APPROVAL OF SUBSTITUTION OF
ATTORNEY & ORDER THERETO
(CASE NO.: 3:06-CV-05682 MHP)

Defendants, KAG WEST, LLC, formerly BENETO BULK TRANSPORT LLC, and THE KENAN ADVANTAGE GROUP, INC. ("Defendants"), hereby request that the Court approve the substitution of Sheppard Mullin Richter & Hampton LLP as co-counsel in place and stead of Morgan, Lewis & Bockius LLP.

Defendants consent to this substitution.

Dated: July 26, 2010

KAG WEST, LLC
THE KENAN ADVANTAGE GROUP, INC.

By _____
Jacqueline A. Musacchia
Vice President and General Counsel
REQUESTING PARTIES

Morgan, Lewis & Bockius LLP, as the counsel substituting out, consents to this substitution.

Dated: July ___, 2010

MORGAN, LEWIS & BOCKIUS LLP

By _____
Rebecca Eisen
Present Attorneys for Defendants
KAG WEST, LLC, formerly BENETO BULK TRANSPORT LLC, and THE KENAN ADVANTAGE GROUP, INC.

Sheppard Mullin Ritcher & Hampton LLP, as the counsel substituting in, consents to this substitution. Attorney Charles F. Barker of Sheppard Mullin Ritcher & Hampton LLP will be co-counsel for Defendants. Charles F. Barker's contact information is as follows: 333 South Hope Street, 43 Fl., Los Angeles, California 90071; telephone (213) 617-4168; facsimile (213) 620-1398; and e-mail cbarker@sheppardmullin.com.

Dated: July ___, 2010

SHEPPARD MULLIN RITCHER & HAMPTON LLP

By _____
Charles F. Barker
New Attorneys for Defendants
KAG WEST, LLC, formerly BENETO BULK TRANSPORT LLC, and THE KENAN ADVANTAGE GROUP, INC.

CURLEY & MULLEN, LLP
COUNSELORS AT LAW
PALO ALTO

2

REQUEST FOR APPROVAL OF SUBSTITUTION
OF ATTORNEY & ORDER THERETO
(CASE NO.: 3:06-CV-05682 MHP)

1   Defendants, KAG WEST, LLC, formerly BENETO BULK TRANSPORT LLC, and THE
2   KENAN ADVANTAGE GROUP, INC. ("Defendants"), hereby request that the Court approve
3   the substitution of Sheppard Mullin Richter & Hampton LLP as co-counsel in place and stead of
4   Morgan, Lewis & Bockius LLP.
5   Defendants consent to this substitution.

6   Dated: July ___, 2010                KAG WEST, LLC
7                                        THE KENAN ADVANTAGE GROUP, INC.

8                                        By_____
9                                          Jacqueline A. Musacchia
                                           Vice President and General Counsel
10                                         REQUESTING PARTIES

11  Morgan, Lewis & Bockius LLP, as the counsel substituting out, consents to this
12  substitution.

13  Dated: July 22, 2010                 MORGAN, LEWIS & BOCKIUS LLP

14                                       By_____
15                                         Rebecca Eisen
                                           Present Attorneys for Defendants
16                                         KAG WEST, LLC, formerly BENETO BULK
                                           TRANSPORT LLC, and THE KENAN
17                                         ADVANTAGE GROUP, INC.

18  Sheppard Mullin Ritcher & Hampton LLP, as the counsel substituting in, consents to this
19  substitution. Attorney Charles F. Barker of Sheppard Mullin Ritcher & Hampton LLP will be co-
20  counsel for Defendants. Charles F. Barker's contact information is as follows: 333 South Hope
21  Street, 43 Fl., Los Angeles, California 90071; telephone (213) 617-4168; facsimile (213) 620-
22  1398; and e-mail cbarker@sheppardmullin.com.

23  Dated: July ___, 2010                SHEPPARD MULLIN RITCHER & HAMPTON LLP

24                                       By_____
25                                         Charles F. Barker
                                           New Attorneys for Defendants
26                                         KAG WEST, LLC, formerly BENETO BULK
                                           TRANSPORT LLC, and THE KENAN
27                                         ADVANTAGE GROUP, INC.

28

CURLEY & MULLEN, LLP
COUNSELORS AT LAW
PALO ALTO

2

REQUEST FOR APPROVAL OF SUBSTITUTION
OF ATTORNEY & ORDER THERETO
(CASE NO.: 3:06-CV-05682 MHP)

Defendants, KAG WEST, LLC, formerly BENETO BULK TRANSPORT LLC, and THE KENAN ADVANTAGE GROUP, INC. ("Defendants"), hereby request that the Court approve the substitution of Sheppard Mullin Richter & Hampton LLP as co-counsel in place and stead of Morgan, Lewis & Bockius LLP.

Defendants consent to this substitution.

Dated: July ___, 2010          KAG WEST, LLC
                                THE KENAN ADVANTAGE GROUP, INC.

                                By_____
                                   Jacqueline A. Musacchia
                                   Vice President and General Counsel
                                   REQUESTING PARTIES

Morgan, Lewis & Bockius LLP, as the counsel substituting out, consents to this substitution.

Dated: July ___, 2010          MORGAN, LEWIS & BOCKIUS LLP

                                By_____
                                   Rebecca Eisen
                                   Present Attorneys for Defendants
                                   KAG WEST, LLC, formerly BENETO BULK
                                   TRANSPORT LLC, and THE KENAN
                                   ADVANTAGE GROUP, INC.

Sheppard Mullin Ritcher & Hampton LLP, as the counsel substituting in, consents to this substitution. Attorney Charles F. Barker of Sheppard Mullin Ritcher & Hampton LLP will be co-counsel for Defendants. Charles F. Barker's contact information is as follows: 333 South Hope Street, 43 Fl., Los Angeles, California 90071; telephone (213) 617-4168; facsimile (213) 620-1398; and e-mail cbarker@sheppardmullin.com.

Dated: July 23, 2010           SHEPPARD MULLIN RITCHER & HAMPTON LLP

                                By_/s/ Charles Barker_____
                                   Charles F. Barker
                                   New Attorneys for Defendants
                                   KAG WEST, LLC, formerly BENETO BULK
                                   TRANSPORT LLC, and THE KENAN
                                   ADVANTAGE GROUP, INC.

CURLEY & MULLEN, LLP
COUNSELORS AT LAW
PALO ALTO

2

REQUEST FOR APPROVAL OF SUBSTITUTION
OF ATTORNEY & ORDER THERETO
(CASE NO.: 3:06-CV-05682 MHP)

**[PROPOSED] ORDER**

The Court hereby orders that the request of Defendants KAG WEST, LLC, formerly BENETO BULK TRANSPORT LLC, and THE KENAN ADVANTAGE GROUP, INC. ("Defendants") to substitute Charles F. Barker of Sheppard Mullin Ritcher & Hampton LLP, 333 South Hope Street, 43 Fl., Los Angeles, California 90071; telephone (213) 617-4168; facsimile (213) 620-1398; and e-mail cbarker@sheppardmullin.com, as co-counsel in place and stead of Morgan, Lewis & Bockius LLP is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: July 27, 2010



IT IS SO ORDERED
Judge Marilyn H. Patel